UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NOELLE DUNPHY,

             Plaintiff,

-against-

RUDOLPH W. GIULIANI,
GIULIANI PARTNERS, LLC,
GIULIANI GROUP, LLC,
GIULIANI SECURITY & SAFETY, LLC,
JOHN and/or JANE DOES 1-10,

             Defendants.

-------------------------------------------------------------X

CIVIL ACTION NO. :

(NYS Supreme Court
  Index No.: 650033/2023)

**NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1441 AND 1446 ON BEHALF OF DEFENDANTS**

      To the Honorable Judges of the United States District Court for the Southern District of New York, Plaintiff Noelle Dunphy, Attorneys of Record, and all parties herein:

      **PLEASE TAKE NOTICE** that Defendant Rudolph Giuliani, pro se, and Defendants Giuliani Partners, LLC, Giuliani Group, LLC, and Giuliani Security & Safety, LLC (collectively, "Defendants"), by and through their attorneys, hereby remove an action filed in the Supreme Court of the State of New York, County of New York, captioned "Dunphy v. Giuliani, Giuliani Partners, LLC, Giuliani Group, LLC, and Giuliani Security & Safety, LLC," and bearing index number 650033/2023, to the United States District Court for the Southern District of New York. Plaintiff, Noelle Dunphy ("Plaintiff"), commenced this matter in the Supreme Court of the State of New York for the County of New York and filed a summons with notice on or about January 23, 2023 and thereafter filed a complaint on May 15, 2023. Attorneys for Defendants accepted service on behalf of Defendants on May 15, 2023. This removal is timely because it has been filed no later than thirty (30) days after service of the initial pleading, as required by 28 U.S.C. § 1446(b).

      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleading, and documents in the state court action is filed with this notice and attached hereto as Exhibit A.

36579752.v1

## JURISDICTION EXISTS BASED ON DIVERSITY OF JURISDICTION

1. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as the Complaint constitutes a civil action between "citizens of different states." In particular, Defendant Rudolph Giuliani is a citizen and domiciliary of New York State. Defendants Giuliani Partners, LLC, Giuliani Group, LLC, and Giuliani Security & Safety, LLC are all Delaware limited liability companies with Mr. Giuliani—a New York citizen and domiciliary— as its sole member. Ms. Dunphy is a citizen and domiciliary of the State of Florida. At all relevant times, she spent the bulk of her time in Florida; her permanent address was in Florida; and she has a Florida driver's license.

2. Accordingly, removal is proper under 28 U.S.C. § 1441(a) because this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

## PLAINTIFF'S COMPLAINT

3. Plaintiff brings this action against Defendants, seeking money damages in excess of $10,000,000 based on allegations, *inter alia*, of sexual harassment, breach of contract, unjust enrichment, quantum meruit, and violations of the New York Labor Law.

## VENUE

4. Venue is proper in the Southern District of New York pursuant to 28 U.S.C. § 1441(a) because the Supreme Court where the removed case was pending is located within the Southern District of New York. 28 U.S.C. §§ 1441(a), 1446(a).

## NOTICE

5. Concurrently with the filing of this Notice, Defendants will file a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York for the County of New York.

36579752.v1

6. In accordance with 28 U.S.C. § 1446, true and correct copies of all process, pleadings, and documents served upon Defendants, are collectively attached as Exhibit A. The contents of Exhibit A constitute the entire file of the action in the Supreme Court for the State of New York for the County of New York, which, at the time of this filing, contains a copy of Plaintiff's Summons with notice, Complaint and motion to strike scandalous material, which has not yet been fully briefed.

7. Defendants reserve the right to amend or supplement this Notice of Removal.

8. Defendants reserve all defenses, including, without limitation, any defenses under Rule 12 of the Federal Rules of Civil Procedure, at law, and/or in equity.

**WHEREFORE**, Defendants respectfully hereby remove the action pending in the Supreme Court of the State of New York, County of New York and captioned "Dunphy v. Rudolph W. Giuliani, Giuliani Partners, LLC, Giuliani Group, LLC, and Giuliani Security & Safety, LLC" and bearing index number 650033/2023, and request that this Court issue such orders and process as may be necessary to preserve its jurisdiction over this matter.

Dated: New York, New York
June 14, 2023

GOLDBERG SEGALLA LLP

Adam S. Katz, Esq.
*Attorneys for Defendants*
*Giuliani Group, LLC, Giuliani Partners, LLC, Giuliani Security & Safety, LLC*
711 Third Avenue, 19th Floor
New York, New York 10017
Tel.: (646) 292-8700
akatz@goldbergsegalla.com

    /s/ Rudy Giuliani
Rudolph W. Giuliani
*Defendant Pro Se*

36579752.v1


TO:
ABRAMS FENSTERMAN, LLP
*Attorneys for Plaintiff Noelle Dunphy*
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
Tel.: (718) 215-5300 x501
Fax: (718) 215-5304
jkelton@abramslaw.com
sstiller@abramslaw.com

36579752.v1