

Adam Katz | Partner
Direct 646.292.8787 | akatz@goldbergsegalla.com

June 23, 2023

<u>Via ECF</u>

Hon. Edgardo Ramos, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Dunphy v. Giuliani, et al., 1:23-cv-05026-ER

Dear Judge Ramos:

This firm represents Defendants Giuliani Partners, LLC, Giuliani Group, LLC, and Giuliani Security & Safety, LLC in the above-reference matter. I write to request that the pre-trial hearing scheduled for 11am on July 6th be briefly adjourned to the afternoon or at another time convenient for the Court.

The reason for this request is that Judge Preska has set a hearing on an emergency order to show cause in another matter (SuperCom, Ltd. v. Sabby Volatility Master Warrant Fund Ltd., 1:21-cv-02857) for 9:30am on July 6, 2023 and I do not know if it will be completed by 11am. I am trial counsel on this matter and this matter is set for trial on July 10, 2023.

This is the first request for an adjournment of this conference. Plaintiff's counsel has not responded to my request for this adjournment which was made on June 29, 2023.

We thank the Court for its consideration of this request.

Respectfully Submitted,

Adam S. Katz, Esq.

ASK/sd1

Please send mail to our scanning center at: PO Box 880, Buffalo NY 14201

711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | 646-292-8700 | 646-292-8701 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA