UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NOELLE DUNPHY,

                        Plaintiff,

- against -

RUDOLPH W. GIULIANI, *et al*.,

                        Defendants.
------------------------------------------------------------------x

**RESCHEDULING ORDER**

23 Civ. 5026 (ER)

      Due to a scheduling conflict with this Court's calendar, the pre-motion conference previously scheduled for July 6, 2023, is hereby **rescheduled July 7, 2023 at 11:30 a.m.** The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted.

      The Clerk of the Court is respectfully directed to terminate Defendant's motion as moot. Doc. 12.

SO ORDERED.

Dated:  July 5, 2023
            New York, New York

                                                               Edgardo Ramos, U.S.D.J.