UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOELLE DUNPHY,

                Plaintiff,

-*against*-

RUDOLPH W. GIULIANI, GIULIANI PARTNERS, LLC, GIULIANI GROUP, LLC, GIULIANI SECURITY & SAFETY, LLC, *and* JOHN AND/OR JANE DOES 1-10,

                Defendants.

**ORDER**

23-cv-5026 (ER)

RAMOS, D.J.:

    This matter was removed to this Court from the Supreme Court of the State of New York, County of New York, on June 14, 2023. Doc. 1.

    For the reasons stated on the record at the conference held on July 7, 2023, this case is hereby REMANDED to the Supreme Court of the State of New York, County of New York.

    SO ORDERED.

Dated:    July 7, 2023
              New York, New York

                                                  Edgardo Ramos, U.S.D.J.